IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| Monitronics International, Inc., d/b/a Brinks Home Security,<br><br>                      Plaintiff,<br><br>vs.<br><br>Ryan M. Luke, and C P Innovative Investments LLC d/b/a Edge Home Security,<br><br>                      Defendants. | Civil Action No. 5:20-cv-322<br><br>**Order Granting Motion to Seal Confidential Customer Index** |

       Before the Court is the Motion to Seal (ECF No. 4) a Confidential Customer Index filed by Plaintiff Monitronics International, Inc., d/b/a Brinks Home Security, Inc. ("Brinks") under Fed. R. Civ. P. 5.2(e)(1) and (g). The Court **GRANTS** the motion. The Court finds and **ORDERS**:

       1.     This case involves Brinks' customers and their personal information, including their names, addresses, phone numbers, and account numbers. This information is not only private, but is sensitive because it could identify for the public those individuals who have installed a particular type of home security system, which could make them targets for criminals seeking to know the type of security they might encounter at a given residence.

       2.     This identifying information may be necessary for Defendants to respond to the allegations of the lawsuit, specifically paragraph 15; however, it should not be filed in the public record at this time. Brinks should instead use a confidential reference list under Fed. R. Civ. P. 5.2(g) so as to protect its customers' information.

       3.     There would appear to be no public interest in publicly disclosing the names, addresses, phone numbers, and account numbers of those customers affected by Brinks'

allegations at this time. Likewise, there is no less restrictive alternative to granting the motion to seal. *See Ashcroft v. Conoco, Inc.*, 218 F.3d 288, 302 (4th Cir. 2000).

4. Therefore, the Clerk shall file under seal the Confidential Customer Index provisionally filed as a proposed sealed document (ECF No. 3). *See* Local Civ. R. 79.2(b) and Section V.G. of the CM/ECF Policy Manual.

5. Brinks is ordered to serve the Sealed Confidential Customer Index on Defendants at the time it serves them with process of the Summons and Complaint. It may provide this sealed documents to those individuals or entities necessary to effectuate service of process, including any retained process server.

**IT IS SO ORDERED.**

_____
The Honorable Louise W. Flanagan
United States District Court Judge

New Bern, North Carolina
June 30, 2020