UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

MONITRONICS INTERNATIONAL, INC. )
*doing business as* Brinks Home )
Security, Inc. )
)
         Plaintiff, )
)
v. ) **JUDGMENT**
)
) No. 5:20-CV-322-FL
RYAN M. LUKE and C P INNOVATIVE )
INVESTMENTS, LLC *doing business as* )
Edge Home Security )
         Defendants. )

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the order for entry of permanent injunction entered October 16, 2020, judgment is entered in favor of the Plaintiff against the Defendants. Defendants and Edge's Salespeople, as well as those acting at their direction, are hereby **ENJOINED** from engaging in the Prohibited Sales Practices for a period of eight years from the date the Injunction is filed.

**This Judgment Filed and Entered on October 26, 2020, and Copies To:**

Deborah W. Durban / Matthew A. Abee (via CM/ECF Notice of Electronic Filing)
Clay A. Campbell (via CM/ECF Notice of Electronic Filing)


October 26, 2020                     PETER A. MOORE, JR., CLERK
                                          /s/ Sandra K. Collins
                                         (By) Sandra K. Collins, Deputy Clerk